THE STATE OF OHIO, APPELLANT, *v.* SANCHEZ, APPELLEE.

[Cite as *State v. Sanchez* (2000), 88 Ohio St.3d 16.]

(No. 99–998—Submitted December 14, 1999—Decided February 9, 2000.)

*Thomas L. Sartini,* Ashtabula County Prosecuting Attorney, and *Ariana E. Tarighati,* Chief Assistant Prosecuting Attorney, for appellant.

The judgment of the court of appeals is reversed on the authority of *State v. Dye* (1998), 82 Ohio St.3d 323, 695 N.E.2d 763.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.